1 | SEYFARTH SHAW LLP
Kathleen Cahill Slaught (SBN: 168129)
2 | 560 Mission Street, Suite 3100
San Francisco, California 94105
3 | Telephone: (415) 397-2823
Facsimile: (415) 397-8549
4 | Email: kslaught@seyfarth.com

5 | Attorneys for Plaintiffs
MAVERICK MEDIA 401(k) PLAN,
6 | MAVERICK MEDIA LLC, and
THE MAVERICK MEDIA 401(K) PLAN
7 | ADMINISTRATOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MAVERICK MEDIA 401(k) PLAN, MAVERICK MEDIA LLC, and THE MAVERICK MEDIA 401(K) PLAN ADMINISTRATOR, <br><br> Plaintiffs, <br><br> v. <br><br> JANET LAMBERT and RENE CASILLI <br><br> Defendants. | Case No. C 05-5015 VRW <br><br> **STIPULATED DISMISSAL OF INTERPLEADER COMPLAINT AND (~~PROPOSED~~) ORDER** |
|---|---|

IT IS HEREBY STIPULATED by and between Plaintiffs MAVERICK MEDIA 401(k) PLAN (the "PLAN"), MAVERICK MEDIA LLC, and THE MAVERICK MEDIA 401(K) PLAN ADMINISTRATOR (the "Plan Administrator"), by and through their attorneys, SEYFARTH SHAW LLP, and Defendants JANET LAMBERT and RENE CASILLI (hereinafter "Defendants"), that this matter is dismissed with prejudice because Defendants have settled their dispute as to how the disputed funds at issue in this matter should be distributed. The parties have also agreed, pursuant to settlement to reimburse Plaintiffs for their costs and fees in filing this interpleader in the amount of $1,500.00. Other than the payment of the

1

1  $1,500.00 in attorneys' fees as set forth herein, the parties agree that they shall bear their own
2  respective costs and fees, including attorneys' fees.

3
4  DATED: 1/30, 2006          SEYFARTH SHAW LLP

5
6  By *Kathleen Cahill Slaught*
   Kathleen Cahill Slaught
   Attorneys for Plaintiffs
7  MAVERICK MEDIA 401(k) PLAN, MAVERICK
   MEDIA LLC, and THE MAVERICK MEDIA 401(K)
8  PLAN ADMINISTRATOR

9  DATED: 1/17, 2006

10
11 By *Rene Casilli*
   Rene Casilli
   In Pro Per

12
13 DATED: 1/28, 2006          ANDERSON, ZEIGLER, DISHAROON,
                              GALLAGHER & GRAY

14
15 By *Daniel E. Post*
   Daniel E. Post
16 Attorneys for Defendant
   JANET LAMBERT

17

18 **IT IS SO ORDERED** that:

19 This lawsuit is dismissed with prejudice;

20 Defendants to receive their share of the disputed funds pursuant to settlement;

21 Plaintiffs are awarded $1,500 for its fees and costs pursuant to the parties' settlement
22 agreement.

23

24
25 DATED: February 24, 2006    _____
                               Honorable Vaughn R Walker
26                             United States District Judge

27

28

IT IS SO ORDERED
Judge Vaughn R Walker

Stipulated Dismissal of Interpleader Complaint and Proposed Order
Case No. C 05-5015 VRW